**Order entered April 30, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01126-CR

**FRANCISCO HERNANDEZ GODINEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-12-592**

## ORDER

The State has filed an April 25, 2014 second motion for extension of time to file its brief.

Because the State did not tender a brief with the motion, the State's second motion for extension

is **DENIED**.

We **ORDER** the State to file its brief on or before **May 23, 2014**. If the State does not

comply with this order, the appeal will be submitted without the State's brief.


/s/     DAVID EVANS
          JUSTICE